**Order filed January 29, 2015.**



**In The**

# Fourteenth Court of Appeals
_____

## NO. 14-14-00043-CR
_____

**HUNG PHUOC LE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1371912**

---

## ORDER

Appellant is represented by retained counsel, Scott Pawgan. Appellant's brief was originally due October 13, 2014. We granted a total of 90 days extension of time to file appellant's brief until January 9, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On January 13, 2015, the court notified appellant's counsel that the brief was past due. On January 20, 2015, counsel filed

a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for an extension and issue the following order:

**Scott Pawgan** is ordered to file a brief with the clerk of this Court on or before **February 25, 2015**. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing (1) to determine the reason for the failure to file the brief and (2) to consider the imposition of sanctions, the appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and McCally